IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE VILLARREAL<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | |
| CAMERON COUNTY AND<br>JOE ELIZARDI<br>*Defendants* | §<br>§<br>§ | CIVIL ACTION NO. B-03-143<br>(JURY REQUESTED) |

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Cameron County and Joe Elizardi, Defendants in the above entitled cause of action, and Jose Villarreal, Plaintiff and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support thereof show:

I.

On August 12, 2003, Plaintiff sued Defendants, Cameron County and Joe Elizardi.

The Defendants and Plaintiff, by and through their attorneys, have informed the Court of their Stipulation of Dismissal. Plaintiff moves to dismiss the suit. Defendants have not answered and agree to the dismissal. This case is not a class action and a receiver has not been appointed. Plaintiff hereby prays that all causes of action against Defendants Cameron County and Joe Elizari herein be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jose Villarreal and Defendants Cameron County and Joe Elizaradi request this Court to enter an Order dismissing this suit with prejudice as to Defendants Cameron County and Joe Elizardi, with all Court costs to be borne by the

party incurring same.

Signed on this \_14th\_ day of November, 2003.

                                                Respectfully submitted,

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521

By: _/s/ Miguel Salinas_
Miguel Salinas
State Bar No. 17534750
FEDERAL I.D. NO. 15171

Attorneys for Plaintiff,
Jose Villareal


WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _/s/ Dino Esparza_
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

ATTORNEY FOR DEFENDANTS
CAMERON COUNTY
JOE ELIZARDI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE VILLARREAL<br>*Plaintiff* | § § § | |
| VS. | § § | CIVIL ACTION NO. <u>B-03-143</u> |
| CAMERON COUNTY AND<br>JOE ELIZARDI<br>*Defendants* | § § § | (JURY REQUESTED) |

## AGREED ORDER OF DISMISSAL

The Plaintiff Jose Villareal and Defendants Cameron County and Joe Elizardi have informed the Court of their Stipulation of Dismissal. Plaintiff has prayed that all causes as to Defendants Cameron County and Joe Elizardi be dismissed with prejudice. All parties have agreed thereto, and the dismissal should be **GRANTED**.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause against Defendants Cameron County and Joe Elizardi be **DISMISSED** with prejudice, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this _____ day of _____, 2003.


_____
JUDGE PRESIDING

AGREED AS TO FORM:

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521

By: _____
Miguel Salinas
State Bar No. 17534750
FEDERAL I.D. NO. 15171

Attorneys for Plaintiff,
Jose Villareal


WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Attorneys for Defendants
Cameron County and
Joe Eliziardi


cc:
    Roman "Dino" Esparza, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521

    Mr. Miguel Salinas, Law Office of Miguel Salinas, 803 Old Port Isabel Rd., Brownsville, TX,