United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE VILLARREAL<br>*Plaintiff* | § § § | |
| VS. | § § | |
| CAMERON COUNTY AND<br>JOE ELIZARDI<br>*Defendants* | § § § | CIVIL ACTION NO. B-03-143<br>(JURY REQUESTED) |

## AGREED ORDER OF DISMISSAL

The Plaintiff Jose Villareal and Defendants Cameron County and Joe Elizardi have informed the Court of their Stipulation of Dismissal. Plaintiff has prayed that all causes as to Defendants Cameron County and Joe Elizardi be dismissed with prejudice. All parties have agreed thereto, and the dismissal should be **GRANTED**.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause against Defendants Cameron County and Joe Elizardi be **DISMISSED** with prejudice, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 19th day of November, 2003.

_____
JUDGE PRESIDING

AGREED AS TO FORM:

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521

By: */s/ Miguel Salinas*
    Miguel Salinas
    State Bar No. 17534750
    FEDERAL I.D. NO. 15171

    Attorneys for Plaintiff,
    Jose Villareal


WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: */s/ Dino Esparza*
    Roman "Dino" Esparza
    State Bar No. 00795337
    USDC No. 22703

    Attorneys for Defendants
    Cameron County and
    Joe Eliziardi


cc:
    Roman "Dino" Esparza, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521

    Mr. Miguel Salinas, Law Office of Miguel Salinas, 803 Old Port Isabel Rd., Brownsville, TX,